In the Matter of LESLIE RIELL, an Infant. HILDA FARBER, Respondent; SIDNEY RIELL, Individually and as Natural Guardian of LESLIE RIELL, an Infant, Appellant.—

In our opinion, the evidence was insufficient to sustain the material allegations of the petition or to warrant an adjudication of delinquency within the meaning of the statute (N. Y. City Dom. Rel. Act, § 2, subd. [15]; *Matter of Slattery*, 14

A D 2d 805; *People* v. *Lewis,* 260 N. Y. 171, 178). Beldock, P. J., Ughetta, Kleinfeld, Brennan and Rabin, JJ., concur.